# IN THE SUPREME COURT OF THE STATE OF NEVADA

REGINALD CLARENCE HOWARD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79179

FILED

AUG 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying and/or dismissing an amended postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no postconviction petition for a writ of habeas corpus was filed in district court. Thus, this appeal appears premature. *See* NRS 177.015(3). To the extent that appellant appeals from the order denying a motion for leave to amend a postconviction petition for a writ of habeas corpus, no statute or court rule provides for an appeal from such an order. *See Castillo v. State,* 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-34495

cc: Hon. Tierra Danielle Jones, District Judge
Reginald Clarence Howard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A